UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGEL ORTIZ DIAMOND,

    Plaintiff,

    v.

CITY OF LOS ANGELES, et al.,

    Defendants.

Case No. 15-cv-03153-EDL

**ORDER TO SHOW CAUSE**

On April 18, 2014, Plaintiff initiated an action that is currently pending in the Central District of California, Diamond v. City of Los Angeles, Case No. 14-cv-3825, related to a December 29, 2012 encounter with officers from the Los Angeles Police Department at a Los Angeles-area McDonald's Restaurant. On July 8, 2015, Plaintiff filed this action, which appears to be related to the same incident. Plaintiff alleges that all Parties are residents of Los Angeles County and that "[e]ach of the acts of defendants alleged in this complaint were done by defendants under the pretense of law and ordinances, regulations, customs, and usages of the State of California, City of Los Angeles, the County of Los Angeles, and under authority of their business license issued by the City and County of Los Angeles." (Cmplt. at 2.) Accordingly, Plaintiff is ordered to show cause why this case should not be transferred to the Central District of California. Plaintiff's written response to this order shall be filed no later than August 12, 2015.

**IT IS SO ORDERED.**

Dated: July 30, 2015

                                                                     _____
                                                                     ELIZABETH D. LAPORTE
                                                                     United States Magistrate Judge