UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ORTIZ DIAMOND,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. 15-cv-03153-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE**<br><br>Re: Dkt. No. 10 |

The court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation advising that this action be transferred to the Central District of California. Dkt. No 10 at 2. The Magistrate Judge found that this case involves the same facts as, and relates to, *Diamond v. City of Los Angeles*, Case No. 14-cv-3825, currently pending in the Central District of California. *Id*. at 1. The time to file objections to the Report and Recommendation has passed and plaintiff has not objected. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Magistrate Judge Laporte's Report is well-reasoned, and the Court adopts it in its entirety.

For the reasons stated in Magistrate Judge Laporte's Report, transfer to the Central District of California, where the case could have been brought, will serve the convenience of the parties and witnesses and is in the interests of justice. Pursuant to 28 U.S.C. § 1404(a), the Court transfers this action to the Central District of California. The Clerk will close the case.

**IT IS SO ORDERED.**

Dated: September 2, 2015

                                                _____<br>
                                              JAMES DONATO<br>
                                              United States District Judge